THE STATE OF MONTANA on the relation of C. WARREN JACOBSEN, a/k/a C. W. JACOBSEN & CO., Relator, v. The DISTRICT COURT of the SIXTEENTH JUDICIAL DISTRICT in and for the COUNTY OF CUSTER, and the HONORABLE A. B. MARTIN, Judge of said Court, Respondents.

No. 13211.
Decided Feb. 5, 1976.
544 P.2d 1227.

ORDER

PER CURIAM:

Original proceeding.

In this cause an alternative writ of supervisory control was issued. Thereafter brief in opposition was filed and counsel were heard in argument and the matter taken under advisement.

The Court now being advised, having considered the petition, supporting documents, briefs and arguments of counsel, is of the opinion that our alternative writ was improvidently issued.

It is therefore ordered that the alternative writ be, and it hereby is, quashed, and this proceeding is dismissed.

Dated this 5th day of February, 1976.

MR. JUSTICE HASWELL, Justice, (dissenting):

In my view, the order to show cause was not improvidently issued. We routinely review orders of the district courts denying summary judgment and I see no basis for refusing to do so here.

I believe Judge Martin's order denying summary judgment is correct and should be affirmed.